### PRECISION STANDARD, INC., Appellant

v.

### UNITED STATES DEFENSE LOGISTICS AGENCY, Appellee

2017-1045

United States Court of Appeals, Federal Circuit.

June 19, 2017

KEVIN MICHAEL COX, Camardo Law Firm, P.C., Auburn, NY, argued for appellant.

MARK E. PORADA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washing-ton, DC, argued for appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; EDWARD RALPH MURRAY, Office of Counsel, United States Defense Logistics Agency, Richmond, VA.

(Newman, Chen, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**